B2500A (Form 2500A) (12/15)

## United States Bankruptcy Court
### EASTERN District Of TENNESSEE
### CHATTANOOGA DIVISION

In re:

| | | |
|---|---|---|
| New Beginnings Care, LLC., et. al.<br>Debtor | ) ) ) ) | Case No. 1:16-bk-10272 NWW |
| New Beginnings Care, LLC., et. al.<br>Plaintiffs,<br>v. | ) ) ) ) ) | Chapter 11<br><br>Adv. Proc. No. 16 ap 01028 |
| Think Anew, LLC<br>c/o Sarah Elizabeth Wilson<br>1076 Highland Colony Parkway<br>Concourse 600, Suite 100<br>Ridgeland, MS 39157<br>Defendant. | ) ) ) ) ) ) ) | |

## SUMMONS IN AN ADVERSARY PROCEEDING

YOU ARE SUMMONED and required to file a motion or answer to the complaint which is attached to this summons with the clerk of the bankruptcy court within 30 days after the date of issuance of this summons, except that the United States and its offices and agencies shall file a motion or answer to the complaint within 35 days.

Address of the clerk: 31 E 11th Street
Chattanooga, TN 37402

At the same time, you must also serve a copy of the motion or answer upon the plaintiff's attorney.

Name and Address of Plaintiff's Attorney:

David J. Fulton, Esq. #006102
701 Market St. Suite 1000
Chattanooga, TN 37402
423-648-1880/fax: 423-648-1881
Email: djf@sfglegal.com

If you make a motion, your time to answer is governed by Fed. R. Bankr. P. 7012.

**IF YOU FAIL TO RESPOND TO THIS SUMMONS, YOUR FAILURE WILL BE DEEMED TO BE YOUR CONSENT TO ENTRY OF A JUDGMENT BY THE BANKRUPTCY COURT AND JUDGMENT BY DEFAULT MAY BE TAKEN AGAINST YOU FOR THE RELIEF DEMANDED IN THE COMPLAINT.**

WILLIAM T. MAGILL
_____ (Clerk of the Bankruptcy Court)

Date: JUL 14 2016        By: /s/ N. Maples  (Deputy Clerk)

B2500A (Form 2500A) (12/15)

## CERTIFICATE OF SERVICE

I, _Randi Robison_ (name), certify that service of this summons and a copy of the complaint was made _7-14-16_ (date) by:

☑ Mail service: Regular, first class United States mail, postage fully pre-paid, addressed to: _Think Anew, LLC_
_C/O Sarah Elizabeth Wilson_
_1076 Highland Colony Parkway_
_Concourse 600 Suite 100_
_Ridgeland, MS 39157_

☐ Personal Service: By leaving the process with the defendant or with an officer or agent of defendant at:

☐ Residence Service: By leaving the process with the following adult at:

☐ Certified Mail Service on an Insured Depository Institution: By sending the process by certified mail addressed to the following officer of the defendant at:

☐ Publication: The defendant was served as follows: [Describe briefly]

☐ State Law: The defendant was served pursuant to the laws of the State of _____, as follows: [Describe briefly]

If service was made by personal service, by residence service, or pursuant to state law, I further certify that I am, and at all times during the service of process was, not less than 18 years of age and not a party to the matter concerning which service of process was made.

Under penalty of perjury, I declare that the foregoing is true and correct.

Date _7-14-16_   Signature _Randi Robison_

Print Name: _Randi Robison_

Business Address: _Scarborough + Fulton_
_701 Market Street, Suite 1000_
_Chattanooga, TN 37402_